# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

---

## NO. 03-22-00306-CV

---

**S. D., Appellant**

**v.**

**Texas Department of Family and Protective Services, Appellee**

---

**FROM THE 53RD DISTRICT COURT OF TRAVIS COUNTY**
**NO. D-1-FM-20-005676, THE HONORABLE MAYA GUERRA GAMBLE, JUDGE PRESIDING**

---

## O R D E R

**PER CURIAM**

Appellant S. D. filed his notice of appeal on May 20, 2022. The appellate record was complete on June 21, 2022, making appellant's brief due on July 11, 2022. To date, appellant's brief has not been filed.

The rules of judicial administration accelerate the final disposition of appeals from suits for termination of parental rights. *See* Tex. R. Jud. Admin. 6.2(a) (providing 180 days for court's final disposition). The accelerated schedule requires greater compliance with briefing deadlines. Therefore, we order Sarah Best to file appellant's brief no later than July 28, 2022. If the brief is not filed by that date, counsel may be required to show cause why she should not be held in contempt of court.

It is ordered on July 15, 2022.

Before Chief Justice Byrne, Justices Triana and Smith